IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00140-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC ADISHA HALL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 33), and the government's response, (Doc. No. 35).

Now that he is serving his sentence, the defendant seeks the return of a cellphone. (Doc. No. 33: Motion at 1). The government agrees to its transfer to a person designated by the defendant. (Doc. No. 35: Response at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 135), is **DISMISSED as moot**.

Signed: April 20, 2023

Robert J. Conrad, Jr.
United States District Judge