IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00140-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC ADISHA HALL | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 39).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that "has been" subsequently lowered by the Sentencing Commission. Here, the defendant anticipates that a proposed amendment will have the effect of lowering his guideline range. (Doc. No. 39: Motion at 1). Without any legal authority, he asserts that the amendment need not be retroactive, but may be applied "contemporaneously at this time." (Id.). The defendant's motion is premature pending the enactment of the proposed amendment.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 39), is **DENIED.**

Signed: June 27, 2023

Robert J. Conrad, Jr.
United States District Judge