IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00140-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC ADISHA HALL | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se, (Doc. No. 41), to "correct and clarify factors in his plea agreement," (Doc. No. 16), pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

The gravamen of the defendant's complaint is that he desires to have the "Assistance to United States" provision stricken from the plea agreement he entered with the assistance of counsel because he did not actually cooperate with law enforcement. However, Rule 60(b) of the Federal Rules of Civil Procedure does not provide a way to challenge plea agreement in this criminal case. See United States v. Jones, 730 F. App'x 172 (4th Cir. 2018).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 41), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: July 24, 2023

Robert J. Conrad, Jr.
United States District Judge